UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                  Criminal No. 09-cr-159-01-JD

<u>John F. Reilly</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 9 ) filed by defendant is granted; Trial is continued to the two-week period beginning February 17, 2010.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                      ***Joseph A. DiClerico, Jr.***
                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge

Date: November 26, 2009


cc: Bjorn R. Lange, AFD
    Mark A. Irish, AUSA
    U.S. Marshal
    U.S. Probation