```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                         Criminal No. 09-cr-159-01-JD

<u>John F. Reilly</u>


<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12 ) filed by defendant is granted in part.  The continuance is granted to March 16, 2010; Trial is continued to the two-week period beginning March 16, 2010, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                          <u>*/s/Joseph A. DiClerico, Jr.*</u>
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date: January 25, 2010


cc:   Mark A. Irish, AUSA
      Bjorn R. Lange, AFD
      U.S. Marshal
      U.S. Probation